AO 432
(Rev. 2/84)

Administrative Office of the United States Courts

## WITNESS AND EXHIBIT RECORD

| DATE 8/22/08 | CASE NUMBER 08-143M | OPERATOR | | EXCUSED | PAGE NUMBER | |
|---|---|---|---|---|---|---|
| NAME OF WITNESS | | DIRECT | CROSS | ~~REDIRECT~~ | RECROSS | PRESIDING OFFICIAL |
| Darcy Hedrick (U.S. Postal) | | 10:19am | 10:26am | — | | — |
| Gov't Witness | | | 10:36 | 10:44am | | |

| EXHIBIT NUMBER | DESCRIPTION | ID | ADMITTED IN EVIDENCE |
|---|---|---|---|
| Gov't 1 | Copy of Criminal Complaint | NO OBJ | NO OBJ |
| Gov't 1a | Copy of Affidavit | NO OBJ | NO OBJ |

FILED
AUG 22 2008
U.S. DISTRICT COURT
DISTRICT OF DELAWARE